Diego QUIROZ, Petitioner–Appellant,

v.

Mike McDONALD, Respondent–Appellee.

No. 11–17473.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 10, 2012.*

Filed Sept. 24, 2012.

Diego Quiroz, Vacaville, CA, pro se.

Gregory A. Ott, Deputy Attorney General, Office of the California Attorney General, San Francisco, CA, for Respondent–Appellee.

Before: WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**MEMORANDUM ***

California state prisoner Diego Quiroz appeals pro se from the district court's judgment dismissing his 28 U.S.C. § 2254 habeas petition. We dismiss for lack of jurisdiction.

Quiroz contends that the he was denied his Sixth Amendment right to have a jury decide the facts supporting an upper term sentence. Because Quiroz did not file his notice of appeal within thirty days of the entry of judgment, we do not have jurisdiction over this appeal. *See* Fed. R.App. P. 4(a)(1)(A); *United States v. Sadler,* 480 F.3d 932, 937 (9th Cir.2007).

**DISMISSED.**